NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-239

BENNIE RATCLIFF

VERSUS

STATE OF LOUISIANA

**********

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CONCORDIA, NO. 33927
HONORABLE LEO BOOTHE, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Sylvia R. Cooks, Elizabeth A. Pickett, and Billy Howard Ezell,
Judges.

**AFFIRMED.**

Jack Forsythe Owens, Jr.
Attorney at Law
P. O. Box 595
Harrisonburg, LA 71340
(318) 744-5431
Counsel for: Plaintiff/Appellant
Bennie Ratcliff

Lewis Olivier Lauve, Jr.
Bussey & Lauve
P. O. Box 307
Alexandria, LA 71309-0307
(318) 449-1937
Counsel for: Defendant/Appellee
State of Louisiana